# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148716

ERIC BRAVERMAN, as Personal
Representative for the ESTATE OF
GWENDOLYN ROZIER,
            Plaintiff-Appellant,

v

SC: 148716
COA: 309528
Macomb CC: 2009-005299-NH

DARLA KAE GRANGER, M.D., HEUNG
KIL OH, M.D., IVAN G. OLARTE, M.D.,
ST. JOHN HOSPITAL AND MEDICAL
CENTER, ROBERT PROVENZANO, M.D.,
MOHAMED A. EL-GHOROURY, M.D.,
ST. CLAIR SPECIALTY PHYSICIANS,
and ST. JOHN HEALTH,
            Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the January 9, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

VIVIANO, J., did not participate because he presided over this case in the circuit court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



d0616

Clerk